

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

ATTORNEY GENERAL

Hon. H. M. Hooper
County Attorney
Yoakum County
Plains, Texas

Dear Sir:

Opinion No. O-3673
Re: Where a complaint has been sworn
against a defendant for swindling with
worthless check, is the complainant
guilty of law violation if he accepts any
money in payment of the check from the
accused?

This is to acknowledge your letter of recent date asking our opinion in answer to the above question.

In addition to Section 6 of Article 567b, Vernon's Annotated Penal Code, cited by you, there is no penalty provided in the so-called "Hot Check Law," which could in anywise be applicable to the complainant. As you point out, before that section could be invoked, the complainant would have to request the district or county attorney to dismiss the case. This section has not been construed by our appellate courts as to constitutionality.

We direct your attention to the provisions of Article 428 of the Penal Code, which reads as follows:

"Compounding a crime

"Whoever has knowledge that an offense against the penal laws of this State has been committed, and shall agree with the offender, directly or indirectly, not to prosecute or inform on him in consideration of money or other valuable thing paid, delivered or promised to him by such offender, or other person for him, shall be fined not less than one hundred nor more than one thousand dollars."

To render one liable for the offense denounced by Article 428, supra, there would have to be an agreement, expressly or impliedly made by and between the parties thereto, that an anticipated or pending prosecution would be suppressed or some effort made to effect a suppression thereof, by at least one of them. It has been said that a conveyance of land made with mere hope that it may avoid a prosecution for crime or to mitigate punishment is insufficient to render the transaction illegal. See Ward v. Ward, (Tex.Civ.App., Writ dismissed) 68 S.W.(2d) 1071.

We agree with your opinion, as expressed in your letter, that mere acceptance of part or all of the amount represented by a fraudulent check by the person defrauded constitutes no offense against the penal laws of this State.

APPROVED JUL 22, 1941
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
BY:       BWB, CHAIRMAN

BW:db:wb

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ Benjamin Woodall
Benjamin Woodall, Assistant